1 | KAMER ZUCKER ABBOTT
Gregory J. Kamer      #0270
2 | R. Todd Creer       #10016
Nicole A. Young      #13423
3 | 3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
4 | Tel: (702) 259-8640
Fax: (702) 259-8646
5 | gkamer@kzalaw.com
tcreer@kzalaw.com
6 | nyoung@kzalaw.com

7 | Attorneys for Petitioner
Wynn Las Vegas, LLC

8 |

## UNITED STATES DISTRICT COURT

9 |

## DISTRICT OF NEVADA

10 |

| | | |
|---|---|---|
| WYNN LAS VEGAS, LLC, | ) | Case No. 2:17-cv-00502-RFB-VCF |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| UNITE HERE BARTENDERS' AND | ) | |
| BEVERAGE DISPENSERS' UNION LOCAL | ) | |
| 165, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

17      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and

18 through their respective counsel of record, hereby stipulate and request that the above-captioned

19 case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees

20 and costs, except as otherwise agreed.

21 ///

22 ///

23 ///

24 ///

25

1    WHEREFORE, the parties respectfully request that this matter be dismissed *with*

2    *prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise

3    agreed.

4         DATED this 13th day of December, 2017.

5                                              Respectfully submitted,

6    KAMER ZUCKER ABBOTT              McCRACKEN, STEMERMAN,
                                        HOLSBERRY, LLP
7
      /s/ R. Todd Creer                     /s/ Sarah Grossman-Swenson
8    Gregory J. Kamer      #0270        Sarah Grossman-Swenson    #11979
     R. Todd Creer         #10016       Sarah Varela             #12886
9    Nicole A. Young       #13423       1630 South Commerce Street, Suite A-1
     3000 West Charleston Boulevard, Suite 3   Las Vegas, Nevada 89102
10   Las Vegas, Nevada 89102           Tel: (702) 386-5107
     Tel: (702) 259-8640               Fax: (702) 386-9848
11   Fax: (702) 259-8646               svarela@msh.law
     gkamer@kzalaw.com                 sgs@msh.law
12   tcreer@kzalaw.com
     nyoung@kzalaw.com                 Attorneys for Respondent UNITE HERE
13                                     Bartenders' and Beverage Dispensers' Union
     Attorneys for Respondent Wynn Las Vegas,   Local 165
14   LLC

15

16
                              **ORDER**
17
          IT IS SO ORDERED.
18
     DATE: December 19, 2017.          _____.
19                                     RICHARD F. BOULWARE, II
                                       United States District Judge
20

21

22

23

24

25